IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. DNCW3:13CR91 |
| v. | ) | (Financial Litigation Unit) |
| | ) | |
| JOHN PEDERSEN KAUSERUD, IV. | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and United States Probation Officer John T. Holiday:

A judgment was entered on April 26, 2007, in the United States District Court for the Middle District of North Carolina in favor of the United States of America and against Defendant, John Pedersen Kauserud, IV, whose last known address is XXXXXXXXXXXX, Cornelius, North Carolina 28073, in the sum of $1,784,895.07. The judgment orders Defendant to pay interest on the restitution obligation until the debt is satisfied. Jurisdiction of the case was transferred to the Western District of North Carolina on March 25, 2013. The outstanding balance on the account as of December 18, 2013, is $1,781,603.48.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property, and United States Probation Officer John T. Holiday is commanded to **turn over property** in which Defendant, John Pedersen Kauserud, IV, Social Security Number XXX-XX-6125, has a substantial non-exempt interest, said property being one stainless steel men's Tag Heuer Aquaracer Chronograph watch seized from Defendant's residence in Cornelius, North Carolina, by PO Holiday on April 19, 2013.

The United States Marshal Service is hereby commanded to seize and take custody of said watch presented and delivered by PO Holiday for liquidation and for application towards Defendant's outstanding restitution obligation.

The United States Marshal Service is further commanded to satisfy the judgment in the above-captioned matter by selling the watch levied from Defendant and presented by PO Holiday.

The United States Marshal Service may contract with an auction company, jeweler, or any other authorized agent to handle the sale of the levied watch in order to maximize the proceeds generated from said sale.

The United States Marshal Service may deduct from the gross proceeds generated from the sale of the levied watch the costs and expenses incurred by the United States Marshal Service and/or its authorized agent.

Following the sale of the levied watch, the United States Marshal Service is commanded to turn over the net proceeds realized from the sale to the United States Clerk of Court. The payment should be mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, North Carolina 28202. In order to ensure that the payment is credited properly, the following information should be included on the check: John Pedersen Kauserud, IV, DNCW3:13CR91.

Signed: December 27, 2013

David C. Keesler
United States Magistrate Judge