IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:13-CR-091-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| JOHN PEDERSEN KAUSERUD, IV, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Quash Government's Writ Of Execution" (Document No. 28) filed April 21, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Quash Government's Writ Of Execution" (Document No. 28) is **GRANTED**.

**SO ORDERED**.

Signed: April 22, 2016

David C. Keesler
United States Magistrate Judge